IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARQUITA FRAZIER                          :
                                          :     CIVIL ACTION
        v.                                :
                                          :     NO. 22-4136
CITY OF PHILADELPHIA,                     :
SERGEANT GREGORRIO SANTIAGO,              :
CAPTAIN NASHID AKIL, and                  :
LIEUTENANT BRENT CONWAY                   :

## <u>ORDER</u>

AND NOW, this 8th day of September, 2023, upon consideration of Defendants, City of Philadelphia, Sgt. Gregorrio Santiago, Capt. Nashid Akil, and Lt. Brent Conway's Motion for Summary Judgment (Document Nos. 21 and 24) and Plaintiff's Response in Opposition (Document No. 25), it is hereby ORDERED that the Motion is GRANTED and Judgment is entered in favor of the Defendants on all of the claims set forth in Plaintiff's Complaint in no amount.

IT IS FURTHER ORDERED that a Memorandum Opinion will issue within the next seven (7) days outlining the reasoning for this Order.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,          C.J.