IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARQUITA FRAZIER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-4136 |
| CITY OF PHILADELPHIA, | : | |
| SERGEANT GREGORRIO SANTIAGO, | : | |
| CAPTAIN NASHID AKIL, and | : | |
| LIEUTENANT BRENT CONWAY | : | |

**ORDER**

AND NOW, this 2nd day of October, 2023, upon consideration of the Motions in Limine

filed by Defendants, City of Philadelphia, Sergeant Santiago, Captain Akil, and Lieutenant

Conway (Document Nos. 28, 29, 30, 31 and 33), and by Plaintiff Marquita Frazier to Preclude and

Limit Evidence and Testimony at Trial (Document No. 32), it is hereby ORDERED that all of the

Motions in Limine are DISMISSED AS MOOT.[1]

IT IS FURTHER ORDERED the Clerk of Court is DIRECTED to mark this case

CLOSED.

BY THE COURT:

/s/  Juan R. Sánchez

_____
Juan R. Sánchez,            C.J.

---

[1] On September 8, 2023, the Court granted the Defendants' Motion for Summary Judgment on all of Plaintiff Frazier's claims and entered judgment in favor of Defendants as a matter of law. *See* ECF Nos. 39 and 41.